AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JAMES LEWIS WINN,

        Petitioner,

**JUDGMENT IN A CIVIL CASE**

V.

CASE NUMBER: CV 121-181

RICHARD ROUNDTREE, Sheriff,

        Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated January 28, 2022, the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion and dismisses without prejudice the petition filed pursuant to 28 U.S.C. § 2241. Accordingly, the Court denies a Certificate of Appealability in this case, and Petitioner is not entitled to appeal in forma pauperis. This case stands closed.

| January 28, 2022 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | *Candy Cashell* (signature) |
| | (By) Deputy Clerk |

GAS Rev 10/2020